

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:19-00266 |
| v. | ) | |
| | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 922(b)(5) |
| | ) | 18 U.S.C. § 922(a)(1)(A) |
| [1] STEPHEN HOUSE | ) | 18 U.S.C. § 922(m) |
| | ) | 18 U.S.C. § 923(a) |
| [2] HENRY LEHMAN | ) | 18 U.S.C. § 924 |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

Beginning on or about March 30, 2016, and continuing until on or about March 18, 2019, in the Middle District of Tennessee, **STEPHEN HOUSE**, a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make an appropriate entries in and made false entries in records that he was required to keep pursuant to Section 923 of Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(m) and 924(a)(3)(B).

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

Beginning on or about March 30, 2016, and continuing until on or about March 18, 2019, in the Middle District of Tennessee, **STEPHEN HOUSE**, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to persons unknown, firearms, that is, AR-15 type rifles manufactured with Anderson Manufacturing Model AM-15 lower receivers, without noting in the records required to be kept by law pursuant

to Title 18, United States Code, Section 923, the name, age, place of residence of said purchasers of these firearms.

In violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about March 30, 2016, and continuing until on or about March 18, 2019, in the Middle District of Tennessee, **STEPHEN HOUSE** and **HENRY LEHMAN**, not being a licensed manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of manufacturing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

Beginning on or about March 30, 2016, and continuing until on or about March 18, 2019, in the Middle District of Tennessee, **HENRY LEHMAN**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

Beginning on or about March 30, 2016, and continuing until on or about March 18, 2019, in the Middle District of Tennessee, **STEPHEN HOUSE** and **HENRY LEHMAN** did combine, conspire, confederate, and agree to knowingly and intentionally violate federal firearms laws, to wit, Title 18, United States Code, Sections 922(a)(1)(A), 922(m), 923(a), and 922(b)(5).

All in violation of Title 18, United States Code, Section 371.

A TRUE BILL

FOREPERSON

DONALD Q. COCHRAN
UNITED STATES ATTORNEY

*/s/ Joshua A. Kurtzman*

JOSHUA A. KURTZMAN
ASSISTANT UNITED STATES ATTORNEY

3